**Northland Group Inc.**

866-611-3890
For Hours of Operation, please visit us at:
www.payments2northland.com

September 4, 2015

Sam Junik
1701 Avenue P
Brooklyn, NY 11229-1205

P.O. Box 390905
Minneapolis, MN 55439
Mail Code FDXB1

**ACCOUNT INFORMATION**

Original Creditor: **Department Stores National Bank**
Store Name: **Macy's**
Original Account #: **\*\*\*\*\*\*\*8276**
Current Balance Due: **$281.73**

**NORTHLAND REFERENCE NUMBER**

404



## Discount and Save: Pay Discounted Amount Over 12 Months

Macy's will allow you to settle your account for $223.32 in 12 payments over 12 months starting on 09/25/2015. If you need additional time to respond to this offer, please contact us. We are not obligated to renew this offer. Once all 12 payments of $18.61 have been paid to our office on time, a letter will be sent confirming the above referenced account has been resolved. Make check payable to DSNB.

Payments must NOT be more than 30 days apart or this settlement will be cancelled. Please send payments to the address above.

Sincerely,

Robert Nigh

Our client will report forgiveness of debt as required by IRS regulations.



Pay Online: www.payments2northland.com



**Pay by Phone:** Please call Northland Group, Inc. at 866-611-3890.
We offer check by phone, Western Union, and debit card.



**Pay by Mail:** Send payments to PO Box 390905, Minneapolis, MN 55439.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose. This communication is sent to you by Northland Group, Inc., a debt collector and a member of ACA International. This collection agency's New York City Department of Consumer Affairs License number is 1283580.

763-0904_4_263.261